IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ELAINE JANICE KEENAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-04-1193-T |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of | ) | |
| the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Plaintiff brought this action pursuant to 42 U.S.C. §405(g) for review of the decision of the Commissioner of the Social Security Administration denying plaintiff's application for supplemental security income ("SSI") benefits. The matter was referred to United States Magistrate Judge Valerie K. Couch for initial proceedings in accordance with 28 U.S.C. §636 (b)(1)(B).

On February 21, 2006 the magistrate judge filed a Report and Recommendation [Doc. No. 27] in which she recommended that the decision of the Commissioner be reversed and that the matter be remanded for further proceedings. She also advised the parties of their right to file objections to the Report and Recommendation and cautioned them that failure to timely object would constitute a waiver of their right to appellate review of the factual findings and legal conclusions contained therein.

In the Report and Recommendation, the magistrate judge also scheduled a March 13, 2006 deadline for the filing of objections. To date, neither party has filed objections. Therefore, the Report and Recommendation [Doc. No. 27] is adopted as though fully set forth herein. The decision of the Commissioner is REVERSED and this action is REMANDED for further proceedings as

specified in the Report and Recommendation.

IT IS SO ORDERED this 21st day of March, 2006.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE